UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER YOUNG

    v.                       C.A. No. 12-937 ML

BROWN UNIVERSITY and
PAUL SHANLEY

<u>MEMORANDUM AND ORDER</u>

   This matter is before the Court on Plaintiff's Motion to Reconsider the Memorandum of Decision ruling on Plaintiff's claim in Count I of his Complaint. This motion, filed ten months after the Court issued its decision on Count I, does not present any newly discovered evidence or any legal basis for the requested relief. Instead, Plaintiff asserts that the Court should "review anew Exhibit 2, Plaintiff's video of the incident, in order to see what Plaintiff believes the court did not see during its earlier review of the same."

   The Court made explicit findings of fact based on all the evidence introduced at trial, including Exhibit #2. Further, the Court set forth those factual findings in the Memorandum of Decision issued on October 22, 2014 (Docket #63).

   For all the reasons set forth in the Memorandum of Decision and those asserted in Defendants' Opposition to the Motion to Reconsider, the Court denies the Motion to Reconsider.

SO ORDERED:

<u>/s/ Mary M. Lisi</u>
Mary M. Lisi
United States District Judge
September 15, 2015