UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christopher Young,
     Plaintiff,

     v.                                                CA 12-937ML

Brown University, *through its*
*president, Christina Paxon, and*
*former president, Ruth Simmons;*
Edward Wing, Marisa Quinn,
Paul Shanley, *and*
Brown University Police Officers,
     Defendants.

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment shall enter for all Defendants against Plaintiff Christopher Young:

1)  pursuant to this Court's Memorandum of  Decision dated November 6, 2015, finding in favor of Defendants Brown University and Paul Shanley as to Count X (the restraining order claim) of Plaintiff's Complaint;

2) pursuant to this Court's Memorandum of Decision dated October 22, 2014, granting Defendants' Brown University's and Paul Shanley's motion for judgment on partial findings as to Counts I, II, and XII;

3) pursuant to this Court's Order dated April 10, 2014, dismissing (by stipulation) all claims of named Defendants other than Defendants Brown University and Paul Shanley (as were all other counts of the Complaint except those enumerated above).

Enter:

*/s/John Duhamel*
Deputy Clerk

DATED:  **November 6, 2015**