UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER YOUNG                 :
                                  :
v.                                :    CA No. 12-937ML
                                  :
BROWN UNIVERSITY, et. al.         :

**MEMORANDUM AND ORDER**

In this matter, Plaintiff Christopher Young filed an Application to Proceed Without Prepayment of Fees and Affidavit on December 3, 2015 (the "Application"). (Document No. 98). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a).

In the Application, Young indicated that he is unemployed, has $34.01 dollars in savings and has been deemed qualified for the federal food stamp program. He also noted that he was granted *in forma pauperis* status in the Rhode Island Superior Court before his case was removed to this Court. (Document No. 98 at 4).

Federal Rule of Appellate Procedure 24 sets forth the steps a litigant must take to obtain approval to appeal IFP. Fed. R. App. P. 24(a) requires a litigant seeking IFP status on appeal to provide the District Court with an affidavit that (1) demonstrates the party's inability to pay in the detail prescribed by Form 4 of the Appendix of Forms; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal.

This Court cannot determine whether Young qualifies to have his Application granted in this case until Young completes an Affidavit Accompanying Motion for Permission to Appeal IFP. Specifically, Plaintiff shall completely answer each question posed in the Affidavit and shall identify,

as required by Fed. R. App. P. 24(a), the specific issues he intends to appeal. The Clerk is directed to mail Young a copy of the required form with this Order.

Young must file the proper documentation by **December 31, 2015** or risk having his Application denied and his appeal dismissed for nonpayment of the filing fee.

SO ORDERED

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
December 7, 2015