UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 12-937-ML-LDA |
| | ) |
| BROWN UNIVERSITY and | ) |
| PAUL SHANLEY, et al., | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION AND MEMORANDUM TO SEAL

Comes now the Plaintiff, Pro Se, and asks the court to to seal it's December 7th, 2014 MEMORANDUM AND ORDER by Magistrate Judge Lincoln D. Almond (Docket # 100) and the December 3rd, 2015 MOTION for Leave to Appeal in forma pauperis filed by Christopher Young (Docket # 98) and the December 31st, 2015 AFFIDAVIT ACCOMPANYING MOTION for permission to appeal in forma pauperis.

In making this request, Plaintiff asks the court to review said documents that contain personal and private information of the Plaintiff and Plaintiff's household members, wife and infant child, in that Plaintiff's household members are not parties of this action and information contained within is private and additionally, said information is protected information as to who participates, privacy policies, and anti-discrimination rights under Federal programs.

In addition, the Defendants have requested from the trial court documents to be sealed after they had been filed and the court granted the request.

The court has discretion to weigh the need for secrecy against the public's right of access.[1]

Public versions of court documents are sometimes sealed to protect the privacy interests of persons who are not parties.

                                                  Respectfully submitted,
                                                  Plaintiff,
                                                  Christopher Young,
                                                  *Pro Se*,

Date: December 31st, 2015

                                                  Christopher Young
                                                  4 Angell Road
                                                  Narragansett, RI 02882
                                                  Tel. 401-477-6178

## CERTIFICATION OF SERVICE

I the undersigned hereby certify that I have mailed a copy of the within documents to all the named counsels of record at their addresses of record by first class U.S. mail postage prepaid this 31st day of December, 2015.

                                                  Christopher Young
                                                *Pro Se*
                                                4 Angell Road
                                                Narragansett, RI 02882
                                                Tel. 401-477-6178

---

[1] *In re* Nat'l Broadcasting Co., 653 F.2d 609, 613 (D.C. Cir. 1981) ("Because of the difficulties inherent in formulating a broad yet clear rule to govern the variety of situations in which the right of access must be reconciled with legitimate countervailing public or private interests, the decision as to access is one which rests in the sound discretion of the trial court."); Siedle v. Putnam Invs., Inc., 147 F.3d 7, 10 (1st Cir. 1998) ("The trial court enjoys considerable leeway in making decisions of this sort."); San Jose Mercury News v. U.S. Dist. Court, 187 F.3d 1096, 1102 (9th Cir. 1999); United States v. McVeigh, 119 F.3d 806, 811 (10th Cir. 1997).