# United States Court of Appeals
## For the First Circuit

No. 15-2484

CHRISTOPHER YOUNG

Plaintiff - Appellant

v.

BROWN UNIVERSITY; PAUL SHANLEY; CHRISTINA PAXSON, through its President; RUTH SIMMONS, former President; EDWARD WING; MARISA QUINN; BROWN UNIVERSITY POLICE OFFICERS

Defendants - Appellees

---

**JUDGMENT**

Entered: May 9, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Christopher Young
James M. Green
Jeffrey S. Michaelson
Beverly E. Ledbetter
Thomas Robert Bender